THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN EDWARD LAW, | CASE NO. C23-5127-JCC |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| SCOTT R. PETERS, *et al.*, | |
| Defendants. | |

The Court, having reviewed the report and recommendation, (Dkt. No. 13), of United States Magistrate Judge Michelle L. Peterson, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1)    The Court ADOPTS the report and recommendation (Dkt. No. 13);

(2)    Plaintiff's complaint (Dkt. No. 11) is therefore DISMISSED without prejudice, under 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B). The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

(3)    The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Hon. Michelle L. Peterson.

//

//

//

DATED this 20th day of June 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
C23-5127-JCC
PAGE - 2